# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2018

155863

JONES FAMILY TRUST,
   Plaintiff-Appellant,
and

SYLVIA JONES and BOBBY JONES,
   Plaintiffs,
v

SAGINAW COUNTY LAND BANK
AUTHORITY and ROHDE BROTHERS
EXCAVATING, INC.,
   Defendants-Appellees,
and

CITY OF SAGINAW and HARDHAT DOE,
   Defendants.
_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 155863
COA: 329442
Saginaw CC: 13-019698-NZ

On order of the Court, the application for leave to appeal the April 20, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether the trial court erred in granting summary disposition in favor of defendant Saginaw County Land Bank Authority on the appellant's inverse condemnation claim; and (2) whether the measure of damages on the appellant's breach of third-party contract claim is the same as the measure of damages on a tort claim for the negligent destruction of property. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2018



p0123

Clerk